THEODORE ROBBINS, ADMINISTRATOR, &c., v. NORTH JERSEY STREET RAILWAY COMPANY.

*Argued November 9, 1903—Decided February 23, 1904.*

Where a verdict for negligent death is admittedly excessive, a new trial will be granted if the court cannot reduce it to such sum as would compensate the father of the deceased, for whose benefit the action was brought, because his age did not appear.

---

On rule to show cause.

Before GUMMERE, CHIEF JUSTICE, and Justices DIXON, HENDRICKSON and SWAYZE.

. For the rule, *James B. Vredenburgh.*

*Contra, McEwan & McEwan.*

PER CURIAM.

This action was brought by the administrator of John W. P. Robbins, deceased, to recover the pecuniary loss sustained by his next of kin through his death, which is alleged to have resulted from the negligent act of the defendant company.

It is admitted by counsel for plaintiff that the verdict in this case is excessive, and we are asked to reduce it to such sum as, in our judgment, would compensate the deceased's father, he being the person for whose benefit the action is brought.

The case fails to show the age of the father, and it is impossible to tell what pecuniary loss he has suffered without knowing what his expectancy of life is.

The rule to show cause therefore should be made absolute.